Perkins, Appellant, *v.* Johnstown City.

Submitted October 7, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

reargument refused December 16, 1970.

*James L. Weisman* and *Avins and Weisman,* for appellant.

*James R. DiFrancesco,* City Solicitor, for appellee.

OPINION PER CURIAM, November 12, 1970:

Order affirmed.  Cf. *Graysneck v. Heard,* 422 Pa. 111, 220 A. 2d 893 (1966), and *Stouffer v. Morrison,* 400 Pa. 497, 162 A. 2d 378 (1960).

Mr. Justice ROBERTS dissents for the reasons noted in his dissenting opinions in *Smeltz v. Harrisburg,* 440 Pa. 224, 226, 269 A. 2d 466, 468 (1970) and *Laughner v. Allegheny County,* 436 Pa. 572, 261 A. 2d 607 (1970).

Mr. Justice POMEROY dissents.